No. 82–6710. KEENAN v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 82–6722. DRAPER v. DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–6749. HOLLOWAY v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Ct. Crim. App. Tex. Certiorari denied.

No. 82–6763. BROWN v. REPUBLIC STEEL CORP. C. A. 11th Cir. Certiorari denied.

No. 82–6764. WILFORD v. JAGO. C. A. 6th Cir. Certiorari denied.

No. 82–6823. MCDANIEL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 82–6832. JONES v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 82–6909. BASHLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–6969. VETETO v. WARDEN, UNITED STATES PENITENTIARY. C. A. 6th Cir. Certiorari denied.

No. 83–21. AMERICAN TELEPHONE & TELEGRAPH CO. v. MCI COMMUNICATIONS CORP. ET AL.;
No. 83–32. MCI COMMUNICATIONS CORP. ET AL. v. AMERICAN TELEPHONE & TELEGRAPH CO.; and
No. 83–217. AMERICAN TELEPHONE & TELEGRAPH CO. v. MCI COMMUNICATIONS CORP. ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 708 F. 2d 1081.

No. 83–30. BAGBY ET AL. v. VANCE ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–50. GROLIER INC. ET AL. v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 83–55. ARMILIO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.